# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LATOYA LYNETTE WILLIAMS**

**VERSUS**

**RACETRAC PETROLEUM**

**CIVIL ACTION**

**NO. 18-1012-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.43) dated February 3, 2021, to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (R. Doc. 32) is GRANTED and that Plaintiff's cause of action is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 18, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**